FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2025

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICHAEL S. STACY,

    Plaintiff,

v.

DON STUBER,

    Defendant.

No. 1:24-cv-03203-SAB

**ORDER OF DISMISSAL**

Plaintiff Michael S. Stacy, representing himself in this civil matter, was granted leave to proceed in forma pauperis on December 12, 2024. ECF No. 3. Defendant has not been served. By Order dated October 22, 2025, the Court ordered Plaintiff to show cause as to why this matter should not be dismissed due to his failure to pursue his claims. Plaintiff has taken no further action.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED without prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 13th day of November 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 1**